# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALROMA, LLC, *et al*, | )<br>) |
| Plaintiffs, | ) Case No. 2:11-cv-01393-GMN-GWFA<br>) |
| vs. | ) **ORDER**<br>) |
| SILVERLEAF FINANCIAL, LLC, *et al.*, | )<br>) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion for Settlement Conference (#25), filed December 6, 2011 and Defendants' Opposition to Motion for Settlement Conference (#28), filed December 13, 2011.  The Court conducted a hearing in this matter on December 16, 2011.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Settlement Conference (#25) is **granted**. Discovery is stayed pending the parties' execution of an agreement to mediate.  A status report regarding the finalization of the mediation agreement is due on January 4, 2012.

**IT IS FURTHER ORDERED** that discovery is stayed pending the parties agreement to mediate. The Court will grant a further stay upon execution of a mediation agreement.

**IT IS FURTHER ORDERED** that a decision on Defendants' Motion to Dismiss (#5) is stayed pending the execution of the agreement to mediate and/or completion of mediation.

DATED this 16th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge