# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALROMA, LLC, BUILDER'S CAPITAL, INC., ROGER A. PALAS TRUST, STEP VEGAS, INC., NEVADA HOLDINGS GROUP, LLC and NMBL CAPITAL GROUP, INC., <br><br> Plaintiffs, <br> vs. <br><br> SILVERLEAF FINANCIAL, LLC, DWIGHT SHANE BALDWIN, and KIM SCHNEIDER, <br><br> Defendants. | Case No.: 2:11-cv-01393-GMN-GWF <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 43) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered February 24, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendation should be **AFFIRMED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Foley's Recommendation is hereby **AFFIRMED,** and Hutchison & Steffen's Motion for Entry of Final Judgment of Costs and Fees is hereby **DENIED**.

DATED this 1st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge