MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALROMA, LLC, a Nevada limited liability company; BUILDER'S CAPITAL, INC., a Defined Pension Plan; THE ROGER A. PALAS TRUST; STEP VEGAS, INC., a Nevada corporation; NEVADA HOLDINGS GROUP, LLC, a California limited liability company; and NMBL CAPITAL GROUP, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVERLEAF FINANCIAL, LLC, a Utah limited liability company; DWIGHT SHANE BALDWIN, an individual; HESTON NIELSON, an individual; KIM SCHNEIDER, an individual; SHILOH POWERS, an individual; JOHN DOES I–X; and ROE COMPANIES I–X,<br><br>Defendants. | Case No.: 2:11-cv-01393-GMN-GWF<br><br>**ORDER AND JUDGMENT**<br><br>Motion for Entry of Judgment (#73) |

This matter comes before the Court on Plaintiffs' Motion for Entry of Judgment (#73), filed on September 14, 2012; Defendants Response to Motion for Entry of Judgment (#74), filed on September 20, 2012; and Plaintiffs' Reply to Response to Motion for Entry of Judgment (#76), filed on October 1, 2012.

Since the parties are in agreement, motion is hereby **GRANTED**. Judgment shall, and hereby is, entered in favor of Alroma, LLC, Builder's Capital, Inc., The Roger A. Palas Trust,

/ / /

/ / /

/ / /

1  Step Vegas, Inc., and Nevada Holdings Group, LLC, and against Silverleaf Financial, LLC, and
2  Dwight Shane Baldwin, in the sum of $80,000.00, which amount shall accrue interest at the legal
3  rate until such time is paid.
4  Dated this 27 day of November, 2012.

_____
GLORIA M. NAVARRO
United States Judge