# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALROMA, LLC, *et al*, ) | |
| ) | |
|     Plaintiffs, ) | Case No. 2:11-cv-01393-GMN-GWFA |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SILVERLEAF FINANCIAL, LLC, *et al.*, ) | Notice of Withdrawal of Counsel (#80) |
| ) | |
|     Defendants. ) | |

    This matter comes before the Court on Tanya Lewis, Esq.'s Notice of Withdrawal of Counsel (#80), filed on October 1, 2013. Ms. Lewis seeks to withdraw as counsel for Defendants Silverleaf Financial, LLC, Dwight Shane Baldwin, Heston Nielson, Kim Schneider, Shiloh Powers, and Jack Powers, of whom only Kim Schneider remains a party to this litigation. *See November 27, 2012 Judgment, Doc. #79; see also September 15, 2011 Order, Doc. #8*.

    Under the Local Rules, "no attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA10-6(b). Although Ms. Lewis filed a Notice of Withdrawal, the Court will construe it as a Motion to Withdraw. Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Furthermore, The remaining Defendant, Kim Schneider, is already listed on the docket in this case as a *pro se* party. Accordingly,

...

...

1    **IT IS HEREBY ORDERED** that Tanya Lewis, Esq.'s Notice of Withdrawal of Counsel
2    (#80), which the Court construes as a Motion to Withdraw as Counsel, is **granted**.
3    DATED this 21st day of October, 2013.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge